Devin Poulson
LACY & KANE, P.S.
222 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 6 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Timothy M. Morgan and Rochelle E. Morgan, husband and wife, d/b/a Schwanny's Video Store, ,<br><br>Plaintiff,<br><br>v.<br><br>Sandra Priest; Greg Bardonski and Jane Doe 1 Bardonski, husband and wife; City of Oroville, a municipal corporation, Lloyd Cline and Cindy Cline, husband and wife; James Newton and Arlene Newton, husband and wife; James Sorenson and Anetta Sorenson, husband and wife; Roger Castelda and Jane Doe Castelda, husband and wife, Anthony Castelda and Jane Doe 4 Castelda, husband and wife; Robert Heyden and Jane Doe 5 Heyden, husband and wife; and the County of Okanogan, a municipal corporation,<br><br>Defendants. | No. CS-03-0139-LRS<br><br>JUDGMENT |

JUDGMENT
f:\wp51\files\clients2\morgan.civ\pleadings/judgment

1

## Judgment Summary

| | |
|---|---|
| **Judgment-Creditor:** | Timothy and Rochelle Morgan |
| **Judgment-Creditor's Attorney:** | Devin Poulson<br>Lacy & Kane, P.S.<br>222 Eastmont Ave.<br>East Wenatchee, WA 98802<br>(509) 884-9541 |
| **Judgment-Debtor:** | James and Anetta Sorenson |
| **Amount Due:** | $250.00 |
| **Costs:** | $ 66.04 |
| **Prejudgment Interest:** | $ 11.85 |
| **TOTAL JUDGMENT:** | $327.85 |

This action came on for hearing before Magistrate Michael W. Leavitt and the issues have been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged:

That plaintiff recover from Defendants Sorenson, the sum of $250.00, with interest thereon at the rate of 12% in the amount of $11.85 as provided by law, and their costs in the amount of $66.04.

Dated this __6th__ day of December, 2005.

_____
Magistrate Michael W. Leavitt

JUDGMENT
f:\wp51\files\clients2\morgan.civ\pleadings/judgment

2